# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TONY REAVES**, | : CIVIL ACTION NO. 1:09-CV-2549 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **PENNSYLVANIA STATE POLICE, JEFFREY MILLER, STEVEN RANCK, and JACK LAUFER,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 26th day of March, 2010, upon consideration of plaintiff's amended complaint (Doc. 11), see FED. R. CIV. P. 15(a)(1)(A), and of defendants' motion to dismiss plaintiff's complaint (Doc. 9), and the court finding that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that:

1. Defendants shall respond to the amended complaint in accordance with the Federal Rules of Civil Procedure.

2. The motion (Doc. 9) to dismiss the complaint is DENIED as moot without prejudice.

                                                           S/ Christopher C. Conner
                                                          CHRISTOPHER C. CONNER
                                                          United States District Judge