IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONY REAVES,** | : | **CIVIL ACTION NO. 1:09-CV-2549** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **PENNSYLVANIA STATE POLICE,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 6th day of February, 2014, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 74) for reconsideration is GRANTED.

2. The order of the court dated October 17, 2012 (Doc. 51) is VACATED insofar as it adopts the report and recommendation (Doc. 39) in part and denies defendant's motion for summary judgment (Doc. 19) on plaintiff's retaliation claim.

3. The report and recommendation (Doc. 39) of Magistrate Judge Methvin are REJECTED.

4. Defendant's motion for summary judgment (Doc. 19) is GRANTED.

5. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff on all claims.

6. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania